

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00208-CV

| | |
|---|---|
| IN RE TEXAS CONFERENCE OF SEVENTH-DAY ADVENTISTS, SOUTHWESTERN UNION CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS, TEXAS CONFERENCE ASSOCIATION OF SEVENTH-DAY ADVENTISTS, AND ALICE CASH, Relators | § Original Proceeding<br><br>§ 48th District Court of Tarrant County, Texas<br><br>§ Trial Court No. 048-313499-19<br><br>§ July 21, 2022<br><br>Opinion by Justice Wallach |

## JUDGMENT

This court has considered relators' petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its April 19, 2022 order denying "Defendants' Motion to Reconsider Order Denying Amended Plea to the Jurisdiction" and to render an order granting that motion and dismissing Fort Worth Northwest Seventh-Day Adventist Church's case for want of jurisdiction. We are confident that the trial court will comply with these directives; the writ will issue only if the trial court fails to do so.

It is further ordered that real party in interest Fort Worth Northwest Seventh-Day Adventist Church shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach